IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JAY McCLOSKEY AND AMY LYNN ("LYNN") McCLOSKEY,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA TECH OF THE UNIVERSITY OF MONTANA, DONALD M. BLACKKETTER, and BEVERLY HARTLINE, AND JOHN & JANE DOES 1 through 5,<br><br>Defendants. | No. CV 18-46-BU-SEH<br><br>ORDER |

FILED
8/27/2019
Clerk, U.S. District Court
District of Montana
Helena Division

The Court conducted a telephone conference with counsel on August 26, 2019, at which issues related to 1) Defendants' Motion for Summary Judgment,[1] and 2) Plaintiffs' Rule 56(d) Motion to Allow Time for Full Discovery[2] were discussed,

ORDERED:

1. Plaintiffs' Rule 56(d) Motion to Allow Time for Full Discovery[3] is

---

[1] Doc. 18.

[2] Doc. 22.

[3] Doc. 22.

GRANTED as stated in this order.

2. Defendants shall fully respond to Plaintiffs' request for discovery submitted to Defendants by Plaintiffs on or before August 30, 2019.

3. Plaintiffs shall file a brief in response to Defendants' Motion for Summary Judgment[4] on or before September 6, 2019.

4. Defendants may file an optional reply brief in support of the motion for summary judgment on or before September 13, 2019.

5. The Court will set a hearing on Defendants' Motion for Summary Judgment,[5] if appropriate, by separate order of Court.

DATED this 27th day of August, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 18.

[5] Doc. 18.