IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JAY McCLOSKEY AND AMY LYNN ("LYNN") McCLOSKEY,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA TECH OF THE UNIVERSITY OF MONTANA, DONALD M. BLACKKETTER, and BEVERLY HARTLINE, AND JOHN & JANE DOES 1 through 5,<br><br>Defendants. | No. CV 18-46-BU-SEH<br><br>ORDER |

On August 6, 2019, Defendants moved for summary judgment[1] with a supporting brief.[2] On September 16, 2019,[3] the Court issued its Order requiring Defendants "to file an amended motion for summary judgment and supporting brief directed to the affirmative defense of statute of limitations as to Count III."[4]

---

[1] Doc. 18.

[2] Doc. 19.

[3] Doc. 28.

[4] Doc. 28 at 3.

-1-

Defendants filed their Amended Motion for Summary Judgment on September 27, 2019.[5]

ORDERED:

Defendants' Motion for Summary Judgment[6] is DENIED as MOOT.

DATED this 1st day of October, 2019.

*signature: Sam E. Haddon*

SAM E. HADDON
United States District Judge

---

[5] Doc. 29.

[6] Doc. 18.